[No. 5802.]

KIRBY ET AL., V. COLORADO & SOUTHERN RAILWAY COMPANY.

Judgment affirmed on the authority of the case of Kirby v. The Union Pacific Railroad Co. *post 509.*

*Error to Pueblo District Court*—Hon N. WALTER DIXON, Judge.

Messrs. WHITFORD & MAY and Mr. O. N. HILTON for plaintiffs in error.

Messrs. DINES, WHITTED & DINES and Mr. P. H. HOLME for defendant in error.

Mr. JUSTICE BAILEY delivered the opinion of the court:

The matters in controversy here, with the exception of the payment of the flat license tax provided for by statute, not in dispute in this case, are substantially like those, and were submitted and determined on the same evidence, involved in case No. 5803, *William F. Kirby, et al., v. The Union Pacific Railway Company,* just decided by this court. Upon the authority of that decision the judgment and decree herein is affirmed.

*Judgment affirmed.*

Decision *en banc.*

CHIEF JUSTICE CAMPBELL and Mr. JUSTICE WHITE not participating.